AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| OLEG NEIZVESTNY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:19-cv-20398-WJM-MF |
| MARGARITA RISIS and DANIEL RISIS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Margarita Risis and Daniel Risis                                                                                          .

Date:     10/13/2020

/s/ John P. McGovern
*Attorney's signature*

John P. McGovern (SBN 34071993)
*Printed name and bar number*

Law Offices of John McGovern
116 Washington Street, Ste. 2C
Newark, New Jersey 07102

*Address*

sean@mcgovernlawfirm.com
*E-mail address*

(973) 313-1500
*Telephone number*

973 242 3353
*FAX number*